

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-18-00729-CV

Style:  In the Interest of R.J., Jr., A Child

Date motion filed*:  October 2, 2018

Type of motion:  Unopposed Supplemental Motion Relative to Brief

Party filing motion:  Appellant R.J., Sr.'s counsel William B. Connolly

Document to be filed:  Amended Appellant R.J., Sr.'s Brief

Is appeal accelerated?  Yes (termination).

Ordered that motion is:
 ☑ Granted
 ☐ Denied
 ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
 ☑ Other: _____

Appellant R.J., Sr.'s supplemental motion relative to brief, construed as a motion for leave to amend his brief, is **granted** and his amended brief is **ordered** to be filed **within 5 days of the date of this Order**.

Judge's signature: /s/ Laura C. Higley_____
    ☑ Acting individually  ☐ Acting for the Court

Date: October 5, 2018_____ _____